MARGARET EMMONS, as Limited Administratrix of the Estate of STEPHEN EMMONS, Deceased, Respondent, *v.* ISIDORE HIRSCH-BERGER et al., Copartners under the Name of MARKET TRUCKING COMPANY, Defendants.

DAVID HIRSCHBERGER, Individually, et al., Appellants.

Argued November 28, 1945; decided January 17, 1946.

*Samuel E. Swiggett* for David Hirschberger and others, appellants.

*Dan Gordon Judge* and *Leonard Wolfram* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.